Andrew W. Caine (State Bar No. 110345)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: acaine@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Defendant,
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Linceberg
  & Rhow, P.C.

**FILED & ENTERED**

**AUG 08 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>Debtor. | Case No. 2:23-bk-13523-ER<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01236-ER |
| CAROLYN A. DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCEBERG & RHOW, P.C.,<br><br>Defendant. | **ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[Relates to Docket No. 3]**<br><br>*Current Status Conference Hearing:*<br>Date:       August 22, 2023<br>Time:       10:00 a.m.<br>Location:  Courtroom 1568<br>               255 E. Temple St.<br>               Los Angeles, CA 90012 |

DOCS_LA:350410.1 09501/001

The Court, having read and considered the *Stipulation Extending Deadline for Defendant to Respond to Complaint* [Docket No. 3] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

1. The Stipulation is APPROVED.

2. The deadline for Defendant to respond to the Complaint is extended through and including August 25, 2023.

# # #

Date: August 8, 2023

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:350410.1 09501/001            2